ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/13/2025 8:10 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00114-CV

# In the Court of Appeals
# for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/13/2025 8:10:17 AM
CHRISTOPHER A. PRINE
Clerk

CECILE ERWIN YOUNG, IN HER OFFICIAL CAPACITY AS THE
EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN
SERVICES COMMISSION; MOLINA HEALTHCARE OF TEXAS, INC.;
AND AETNA BETTER HEALTH OF TEXAS, INC.

*Appellants*,

*v.*

COOK CHILDREN'S HEALTH PLAN, TEXAS CHILDREN'S HEALTH
PLAN, SUPERIOR HEALTH PLAN, INC., AND WELLPOINT
INSURANCE COMPANY,

*Appellees.*

On Appeal from the
353rd Judicial District Court, Travis County

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT CECILE ERWIN YOUNG'S APPELLANT'S BRIEF

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

In accordance with Texas Rule of Appellate Procedure 10.5(b), Appellant Cecile Erwin Young, in her official capacity as the Executive Commissioner of the Texas Health and Human Services Commission, files this motion for an extension of time to file her Appellant's Brief. This is the first request for an extension of time for this filing, and it is unopposed.

# I.

The current due date for the Commissioner to file her brief is August 28, 2025. The Commissioner requests a 30-day extension of the time to file the brief, which would extend the due date to September 29.

# II.

The requested 30-day extension of time is necessary due to multiple engagements by Appellant's counsel that have required or will require significant attention, including:

- oral argument in *Ballentine v. Broxton*, No. 24-50876, which occurred on August 6, 2025, in the United States Court of Appeals for the Fifth Circuit;

- a petition for writs of quo warranto in *In re State*, No. 25-0687, filed in the Texas Supreme Court on August 8, 2025;

- a reply in support of a petition for writ of mandamus in *In re Ken Paxton*, No. 25-0641, filed in the Texas Supreme Court on August 8, 2025;

- a brief on the merits in *In re State*, No. 25-0687, due to be filed in the Texas Supreme Court on August 20, 2025;

- a response to Rule 29.3 motions in this case, due to be filed in this Court on August 25, 2025;

- an opening brief on the merits in *State of Texas v. FERC*, No. 24-1758, due to be filed in the United States Court of Appeals for the Fourth Circuit on August 29, 2025;

- a reply brief on the merits in *In re State*, No. 25-0687, due to be filed in the Texas Supreme Court on September 4, 2025;

- a reply brief on the merits in *Paxton v. Garza*, No. 15-25-00116-cv, due to be filed in this Court on September 8, 2025;

- oral argument in *Sky Marketing Corp. v. Tex. Dep't of State Health Servs.*, No. 23-0887, set for September 10, in the Texas Supreme Court; and

- a multi-state amicus brief in *Galette v. N.J. Transit Corp.*, No. 24-1021, due September 10, in the Supreme Court of the United States.

In addition to briefing and argument obligations, counsel has numerous prelitigation, oversight, and managerial responsibilities and continues to be staffed on other public and non-public litigation and advisory matters throughout the Office of the Attorney General.

The extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted, including because no party is seeking emergency review. An extension of time will allow counsel for the Commissioner adequate time to review the voluminous record and prepare a thorough brief that will be helpful to the Court.

# PRAYER

For these reasons, the Commissioner respectfully requests that the Court grant her unopposed motion for a 30-day extension of time to file her Appellant's Brief, resulting in a new deadline of September 29, 2025.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

WILLIAM R. PETERSON
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

WILLIAM F. COLE
Principal Deputy Solicitor General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

/s/ Cory A. Scanlon
CORY A. SCANLON
Assistant Solicitor General
State Bar No. 24104599
Cory.Scanlon@oag.texas.gov

JEFFREY A. STEPHENS
Assistant Solicitor General

BRENDAN A. FUGERE
Assistant Attorney General

Counsel for Appellant Cecile Erwin Young

## CERTIFICATE OF CONFERENCE

I certify that on August 12, 2025, I conferred with counsel for all Appellees, who informed me that they do not oppose the extension sought through this motion. Counsel for Appellants Molina Healthcare of Texas, Inc. and Aetna Better Health of Texas, Inc., stated that they take no position on this motion but have indicated a preference that the briefing schedules be aligned for all appellants.

/s/ Cory A. Scanlon
CORY A. SCANLON

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Cory Scanlon
Bar No. 24104599
nancy.villarreal@oag.texas.gov
Envelope ID: 104302705
Filing Code Description: Motion
Filing Description: 20250813 MET Appellants Brief_Final
Status as of 8/13/2025 8:24 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michaelle Peters | | mpeters@scottdoug.com | 8/13/2025 8:10:17 AM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 8/13/2025 8:10:17 AM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 8/13/2025 8:10:17 AM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 8/13/2025 8:10:17 AM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 8/13/2025 8:10:17 AM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 8/13/2025 8:10:17 AM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 8/13/2025 8:10:17 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/13/2025 8:10:17 AM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 8/13/2025 8:10:17 AM | SENT |
| David Johns | | david@cobbjohns.com | 8/13/2025 8:10:17 AM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 8/13/2025 8:10:17 AM | SENT |

Associated Case Party: Cook Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 8/13/2025 8:10:17 AM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 8/13/2025 8:10:17 AM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 8/13/2025 8:10:17 AM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 8/13/2025 8:10:17 AM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 8/13/2025 8:10:17 AM | ERROR |
| Reina A.Almon-Griffin | | ralmon-Griffin@perkinscoie.com | 8/13/2025 8:10:17 AM | SENT |
| Trisha Marino | | tmarino@perkinscoie.com | 8/13/2025 8:10:17 AM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 8/13/2025 8:10:17 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Cory Scanlon
Bar No. 24104599
nancy.villarreal@oag.texas.gov
Envelope ID: 104302705
Filing Code Description: Motion
Filing Description: 20250813 MET Appellants Brief_Final
Status as of 8/13/2025 8:24 AM CST

Associated Case Party: Cook Children's Health Plan

| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 8/13/2025 8:10:17 AM | SENT |
|---|---|---|---|---|
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 8/13/2025 8:10:17 AM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 8/13/2025 8:10:17 AM | SENT |

Associated Case Party: Texas Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 8/13/2025 8:10:17 AM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 8/13/2025 8:10:17 AM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 8/13/2025 8:10:17 AM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 8/13/2025 8:10:17 AM | SENT |
| Kayla Ahmed | | kayla.ahmed@nortonrosefulbright.com | 8/13/2025 8:10:17 AM | SENT |
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 8/13/2025 8:10:17 AM | SENT |

Associated Case Party: Wellpoint Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Johnson | 10786400 | rjohnson@foley.com | 8/13/2025 8:10:17 AM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 8/13/2025 8:10:17 AM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 8/13/2025 8:10:17 AM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 8/13/2025 8:10:17 AM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 8/13/2025 8:10:17 AM | SENT |

Associated Case Party: Superior Healthplan Inc.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Cory Scanlon
Bar No. 24104599
nancy.villarreal@oag.texas.gov
Envelope ID: 104302705
Filing Code Description: Motion
Filing Description: 20250813 MET Appellants Brief_Final
Status as of 8/13/2025 8:24 AM CST

Associated Case Party: Superior Healthplan Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 8/13/2025 8:10:17 AM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 8/13/2025 8:10:17 AM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 8/13/2025 8:10:17 AM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 8/13/2025 8:10:17 AM | SENT |

Associated Case Party: Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 8/13/2025 8:10:17 AM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 8/13/2025 8:10:17 AM | SENT |

Associated Case Party: Molina Healthcare of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 8/13/2025 8:10:17 AM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 8/13/2025 8:10:17 AM | SENT |

Associated Case Party: Aetna Better Health of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 8/13/2025 8:10:17 AM | SENT |

Associated Case Party: Cecile Erwin Young, Texas Health and Human Services

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Cory Scanlon
Bar No. 24104599
nancy.villarreal@oag.texas.gov
Envelope ID: 104302705
Filing Code Description: Motion
Filing Description: 20250813 MET Appellants Brief_Final
Status as of 8/13/2025 8:24 AM CST

Associated Case Party: Cecile Erwin Young, Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cory Scanlon | 24104599 | cory.scanlon@oag.texas.gov | 8/13/2025 8:10:17 AM | SENT |